UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.            CASE NO.: 2:24-mj-1029-KCD

LIN MARIE CAREY

| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Patrick Darcey |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Russell Rosenthal |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Ruben Fournier |
| **Date/Time** | February 28, 2024 02:00 PM | **Interpreter** | N/A |
| **Bench Time** | 1:54 PM-2:13 PM 19 minutes | | |

## CLERK'S MINUTES – INITIAL APPEARANCE

Counsel appears and Defendant is present with counsel.
Defendant arrested on a Complaint from the District of Columbia.

Defendant advised of rights, charges, penalties, etc...

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER WILL BE ENTERED.**

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Government is not seeking the defendant's detention but requests conditions of release.

Defendant objects to some of the conditions proposed and presents argument on the same.

Government responds to Court's questions on conditions of release. Defendant responds to Court re: conditions of release and the Court specifies what the conditions of release will be.

Defendant requests to have a preliminary hearing in the prosecuting district.
Defendant waives her right to an identity hearing.
Government reserves the right to appeal the conditions of release.

ORDER SETTING CONDITIONS OF RELEASE WILL BE ENTERED.
**ORDER OF REMOVAL RULE 5/32.1 WILL BE ENTERED.**
**COMMITMENT TO ANOTHER DISTRICT WILL BE ENTERED.**